AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| ZEKE TYLER DAGGETT, | ) Case No. 1:25-mJ-141 |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 1, 2024 in the county of Greene in the Northern District of New York the

defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☒    Continued on the attached sheet.

*TFO Megan Ruscitto*

_____
*Complainant's signature*

Megan Ruscitto, TFO, HSI

_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:   May 9, 2025

_____
*Judge's signature*

City and State:   Albany, NY

Hon. Daniel J. Stewart, U.S. Magistrate Judge

_____
*Printed name and title*

**Affidavit in Support of Criminal Complaint**

I, Megan Ruscitto, being duly sworn, depose and state as follows:

1.     I am a Task Force Officer with the U.S. Immigration and Customs Enforcement Office of Homeland Security Investigations ("HSI") and have been since June 2024.  As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18 United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1). I have been a member of the New York State Police since 2016 and an Investigator since 2021.

2.     As an HSI TFO, I am authorized to seek and execute federal arrest and search warrants for Title 18 criminal offenses, including offenses related to the sexual exploitation of minors, specifically those involving the sexual exploitation of children, in violation of Title 18, United States Code, Section 2251(a), and involving the possession, distribution, and receipt of child pornography, in violation of Title 18, United States Code, Sections 2252 and 2252A. I attended the New York State Police Academy in Albany, NY and completed the 26-week basic school. Additionally, I have received Undercover Concepts and Techniques Training through National Criminal Justice Training Center, Fox Valley Technical College and successfully completed the 1-week school. During both basic training, and subsequent training, I received instruction on conducting online child pornography investigations. I have also been involved in dozens of child pornography and child exploitation investigations, and I have served as the affiant for and participated in the execution of numerous federal search warrants in such investigations.

3.     I submit this affidavit in support of a criminal complaint charging Zeke Tyler Daggett with violating Title 18, United States Code, Sections 2252A(a)(2) (distribution of child

pornography).  Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, it does not set forth everything I know about this investigation.

## PROBABLE CAUSE

4.    Kik is a social media platform that relies on the internet, which is a means and facility of interstate and foreign commerce. Kik allows users to post multimedia to share with other users in a chat group and chatroom concept. Kik users can access the platform via an internet connection and can send and receive messages through their accounts.  Users can also send and receive image and video files.

5.    On or about November 12, 2024, the National Center for Missing and Exploited Children ("NCMEC") received CyberTipline Report 202272596 Kik (the "CyberTip"), which listed the Primary Incident Type as "Apparent Child Pornography." Kik reported that files constituting apparent child sexual abuse material (the "Suspected CSAM Files") were shared by one Kik account (the "Subject Account") with another user of group of users within Kik Messenger. The Kik account that shared the Suspected CSAM Files was associated with the following information:

Home Email Address: daggcamaro1969@aol.com
Screen/User Name: lieutenantecho
Display Name: Jack Smith
ESP User ID: lieutenantecho_5z2

6.    According to the CyberTip, each of these files were shared in private chat messages from the user of the Subject Account to another Kik user on various dates and times between November 1, 2024, and November 9, 2024.

7.    I have reviewed the files that Kik reported in the CyberTip. Based on my training and experience, I believe that one of the files depicts child pornography as defined by 18 U. S. C. § 2256. The other file depicts an "age difficult" female, by which I mean that I am unable to clearly

determine if the depicted female is a child from a virtual review of the file. All the files are available for the Court's inspection upon request.

8.    The image that depicts suspected child pornography has the file name **f8f60795-41bf- 4725-96e5-cf99e901ab0a.jpg**. It depicts two naked prepubescent females, approximate ages of 8-10 years old. The girl on the right side of the image is laying on her back, while the girl on the left side of the image is sitting down. The girl on the left side is spreading the other girl's legs apart and exposing her vagina to the camera. This image was shared from the Subject Account to another account user on November 1, 2024.

9.    According to the CyberTip, a particular IP address[1] was used to share the files, and a different IP address was used during the last login to the account reported in the CyberTip, which took place on November 11, 2024. The last login IP address was associated with an address on Shady Lane in Coeymans Hollow, New York, 12046, which is in Greene County in the Northern District of New York.  The investigation has uncovered evidence that Daggett lives at this address.

10.    On January 7, 2025, this Court signed a search warrant authorizing the search of the Subject Account for evidence of violations of Title 18, United States Code, Section 2252A(a)(2) (distribution of child pornography) and 2252A(a)(5) (possession of child pornography). The warrant was served on Kik on the same date, and I received a response on February 24, 2025.

11.    In that response, I located the files that were previously reported by Kik to NCMEC, which I reviewed and described above in paragraphs 7 and 8.

---

[1] An internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the internet.  An IP address looks like a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178).  Every computer attached to the internet must be assigned an IP address so that internet traffic sent from and directed to that computer may be directed properly from its source to its destination.  Most internet service providers control a range of IP addresses.  Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

12. In the Kik search warrant return, I also found several examples of attribution evidence, *i.e.*, evidence establishing who was using the Subject Account. Based on my review of this evidence, I believe Daggett is the user of the Subject Account. Among other things, this evidence includes images and videos depicting Daggett's face that match pictures of Daggett on file with the Department of Motor Vehicles and taken of him in connection with a prior arrest. I also observed photographs depicting unique tattoos that I know Daggett has on his chest and arms, which further leads me to believe that Daggett was the user of the Subject Account.

13. The text-msg-data provided by Kik revealed that the Subject Account had the following communications with other users from September 17, 2024 through November 9, 2024:

    a. On September 17, 2024, the user of the Subject Account stated to another user that his age preference is "[n]ot toddlers but like around 12-14."

    b. On September 18, 2024, the user of the Subject Account engaged in conversation with mariachapo6x_4nd, who stated that she is seven-years-old and resides in Mexico. After being told that she was seven, the Subject Account continued to engage in conversation with her and said, "Little girl your um showing a little in that pic"

    c. On September 28, 2024, the user of the Subject Account advised another user, bexiec93_zio, that he is twenty-seven years old.[2]

    d. On September 28, 2024, the user of the Subject Account advised another user, addygoodtimesonly_czp, that he was "near Albany."[3]

    e. On October 6, 2024 the user of the Subject Account told another user, b.aefo_bbe, "I just like getting my dick wet and age doesn't matter if they have a pussy that's tight and wet ðŸ˜." He also stated that he has had sex with girls of the ages "12,

---

[2] This was Daggett's age at the time the message was sent.

[3] The Shady Lane address, which is where Daggett resides, is approximately 30 minutes from Albany, New York.

16, 17."[4] When he was asked where he found the twelve year old, he said, "Actually found her on tinder lying about her age 😉" They continued the conversation and discussed having a child together and how the user of the Subject Account would have sex with that child.

f.  On November 8, 2024, the Subject Account engaged in conversation with another user, liannaisbored5_it3, who stated that she is fifteen years old. After the user said she was fifteen years old, the user of the Subject Account continued in conversation with her and said, "12 would be fun but 15 is fine too 😍😍," and "Such a good little girl, I'll make sure to play with my toy all day and night stretching you."

g.  On November 8, 2024, the user of the Subject Account told another user, asuyuna_ag0, who had stated that she was sixteen years old, that he hasn't "been balls deep in something illegal in a while 😏." He also told this user that he has been with "4 or 5" underage girls. He then shared the image **beb5d071-3bc0-4ebd-b823-146a09f459dc.jpg** with this user. This is an image file that depicts the same sexually explicit conduct described above in paragraph 8.

h.  On November 11, 2024, the user of the Subject Account engaged in conversation with another user, sexy_lexi2k2_brn, and said, "Send ypungest ones forst xxx" to lieutenantecho_5z2. At that time, LIEUTENANTECHO sent the image **f8f60795-41bf-4725-96e5-cf99e901ab0a.jpg** to this user. This is the same image file described above in paragraph 8.

14.    On April 25, 2025, this Court issued a search warrant authorizing law enforcement to search the defendant's residence, person, and vehicle. Law enforcement executed that search warrant today and seized a phone from his person.

15.    I participated in an interview of Daggett that day. That interview was audio- and video-recorded. The defendant was given *Miranda* warnings. During the interview, the defendant admitted to using the cell phone seized from his person to access the Subject Account. I showed him the image described above in paragraph 8. He said that he sent the image to other Kik users in an effort to receive additional child pornography from them. As mentioned above, those files of

---

[4] In connection with another investigation into Daggett, law enforcement uncovered evidence that he did have sexual intercourse with a 12-year-old girl. The girl was interviewed and said she told Daggett that she was 19 years old and brought her older sister's identification card with her; Daggett told law enforcement he believed she was 19 years old.

child pornography were actually transported or transmitted in interstate commerce because they were uploaded to the Subject Account via the internet.

### Conclusion

16.    As set forth above, there is probable cause for the requested complaint charging Zeke Daggett with violating Title 18, United States Code, Sections 2252A(a)(2) (distribution of child pornography) on or about November 1, 2024, in Greene County in the Northern District of New York.

Attested to by the applicant in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure.

*TFO Megan Ruscitto*

_____

Megan Ruscitto
Task Force Officer, HSI

I, the Honorable Daniel J. Stewart, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by telephone on May 9, 2025, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

_____

Hon. Daniel J. Stewart
U.S. Magistrate Judge